IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUZANNE WOODARD, | § |
| Plaintiff, | § § § |
| v. | §   CIVIL ACTION NO. H-11-2952 |
| MARATHON OIL COMPANY, | § § |
| Defendant. | § § |

## ORDER

    The plaintiff in this employment discrimination case produced documents to the defendant, her former employer. Some of the documents were extensively redacted. The defendant objected to the redactions and sought complete copies. Pursuant to this court's procedures, the parties sought a premotion resolution of the discovery dispute. This court ordered the unredacted and redacted versions produced for in camera inspection. Having now completed that inspection, this court concludes that there is no basis to withhold the redacted sections and orders the plaintiff to produce unredacted complete copies. A protective order restricting the dissemination of documents exchanged in discovery, as opposed to redacting this information from what is produced in discovery, will address the issues.

    A complete unredacted copy of the documents must be produced by **August 27, 2012**.

    SIGNED on August 22, 2012, at Houston, Texas.

                                                         Lee H. Rosenthal
                                                       United States District Judge